**RICHLIN SECURITY SERVICE COMPANY, Appellant,**

v.

**Michael CHERTOFF, Secretary of Homeland Security, Appellee.**

No. 06–1055.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2009.

### *ORDER*

Upon consideration of the parties' joint motion to dismiss this appeal, it is hereby

266

ORDERED that the appeal in this case is dismissed; the parties have resolved all issues concerning costs, expenses, and attorney fees.